UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHN DOE, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **No. 11-2449** |
| **UNIVERSITY HEALTHCARE SYSTEM, L.L.C., ET AL.** | **SECTION I** |

## ORDER

Before the Court is a motion[1] to remand filed by plaintiffs, John Doe and Jane Doe, and those similarly situated. Defendant, General Electric Company ("General Electric"), has filed an opposition.[2]

This Court recently remanded a separate but related matter involving similar claims brought against defendants, General Electric and University Healthcare System, LLC, doing business as Tulane University Hospital and Clinic ("TUHC"). *See Elaine Robiho v. University Healthcare System, L.L.C.*, No. 2:11-cv-01901, 2011 WL 4747446 (E.D. La. Oct. 7, 2011) (Africk, J.). Recognizing the similarity of the arguments raised in this matter to those asserted in *Robiho*, General Electric acknowledges that this Court has "essentially ruled on its argument in opposition to Plaintiffs' Motion to Remand."[3] As General Electric raises no arguments beyond those presented to the Court in *Robiho*,

**IT IS ORDERED** that the motion to remand is **GRANTED** and that this cause of action is **REMANDED** to Orleans Parish Civil District Court.

New Orleans, Louisiana, November 16, 2011.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 11.
[2] R. Doc. No. 12.
[3] R. Doc. No. 12.

1